Cyrus Sanai  SBN 150387
SANAIS
433 North Camden Drive
Beverly Hills, CA 90210
cyrus@sanaislaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STUBBEMAN AND BRAIN INNOVATIONS TMS CENTERS, INC., <br><br> Plaintiffs <br><br> v. <br><br> BRAIN STIMULATION CENTER, LLC A/K/A WESTSIDE TMS CENTER, LLC, PETER LINNETT, AND KW MANAGEMENT ENTERPRISES, LLC <br><br> Defendants. | CASE NUMBER: <br><br> 2:13-CV-01422-SVW-JC <br><br> --- <br><br> **ORDER AND JUDGMENT** |

## JUDGMENT

The Court, determining that there is no just reason for delay, hereby enters a separate judgment pursuant to Federal Rule of Civil Procedure 54(b) in favor of Plaintiffs, William Stubbeman and Brain Innovations TMS Centers, Inc., and against Defendant, Brain Stimulation Center LLC a/k/a Westside TMS Center, LLC, in the amount of $22,500.00, inclusive of costs, plus attorney's fees in the amount of $6,938.70, for a total of $29,438,70.

Dated   August 14, 2013

_____
U. S. District Judge