# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STUBBEMAN AND BRAIN INNOVATIONS TMS CENTERS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>BRAIN STIMULATION CENTER, LLC A/K/A WESTSIDE TMS CENTER, LLC, PETER LINNETT, AND KW MANAGEMENT ENTERPRISES, LLC<br><br>Defendants. | CASE NUMBER:<br>2:13-CV-01422-SVW-JC<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

## FINAL JUDGMENT

The Court, pursuant to the stipulation of the parties dated October 1, 2013, hereby dismisses with prejudice all claims by Plaintiffs William Stubbeman and Brain Innovcations TMS Centers, Inc., against Defendants Peter Linnett and KW Management Enterprises, LLC.  None of such Plaintiffs and Defendants shall receive costs or attorneys fees.

The Judgment entered by this Court on August 14, 2013 is not affected by the aforementioned stipulation.

With all claims among all parties having been resolved, this constitutes final judgment in this action.

Dated: October 2, 2013

_____
STEPHEN V. WILSON, U. S. District Judge